IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**JERMAINE NEAL**                                                 **PETITIONER**

**v.**                                                 **No. 2:10CV225-MPM-DAS**

**DANNY SCOTT, ET AL.**                                     **RESPONDENTS**

**FINAL JUDGMENT**

Having considered the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge and the objections to the Report and Recommendation, the court finds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is ordered:

1. That the petitioner's objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**;

2. That the Report and Recommendation of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the court; and

3. That the instant petition for a writ of *habeas corpus* is **DENIED**.

**SO ORDERED**, this, the 31st day of March, 2014.

                                                       **/s/ MICHAEL P. MILLS**
                                                       **CHIEF JUDGE**
                                                       **UNITED STATES DISTRICT COURT**
                                                       **NORTHERN DISTRICT OF MISSISSIPPI**